**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 06-7136

———————

FRANCIS AKINRO,

Plaintiff - Appellant,

versus

DEPARTMENT OF HOMELAND SECURITY; SPRING GROVE
HOSPITAL CENTER,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    Catherine C. Blake, District Judge.
(1:06-cv-00273-CCB)

———————

Submitted: October 17, 2006          Decided: October 23, 2006

———————

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Francis Akinro, Appellant Pro Se. George William Maugans, III,
Special Assistant United States Attorney, Baltimore, Maryland, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Francis Akinro appeals the district court's order denying his petition for writ of mandamus seeking to compel the United States Immigration and Customs Enforcement to remove a detainer lodged against him. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Akinro v. Dep't of Homeland Sec., No. 1:06-cv-00273-CCB (D. Md. June 15, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED